**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sohair H. (Sue) Tadros,                              Civil No. 08-2834 (RHK/JJK)

      Plaintiff,                              **DISQUALIFICATION AND**
                                                          **ORDER FOR REASSIGNMENT**

vs.

Wyeth Pharmaceuticals, Inc., Pfizer, Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 25, 2008

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge